**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Rover Pipeline, LLC,                                        Case No. 3:17CV225

        Plaintiff

        v.                                                    **ORDER**

Brian D. Rohrs, Trustee, et al.,

        Defendants

Status/scheduling conference held re. defendant Daniel's motion to enforce settlement and for a preliminary injunction (Doc. 295). Time: 1 hour. Court reporter: Donnalee Cotone (216.357.7078).

It is hereby

ORDERED THAT:

1. Further telephonic status/scheduling conference set for November 20, 2017, at 10:00 a.m. Parties to submit a joint status report by 12:00 p.m. on November 17, 2017;

2. Rover promptly to provide Daniel with materials that Daniel requests re. informal and/or formal discovery pertaining to the pending motion;

3. Rover to notify Daniel of the filing of its application for an HDD permit from the Federal Energy Regulatory Commission and to provide Daniel with a copy of such filing; and

4. Hearing on the motion to enforce and for a preliminary injunction set for January 11, 2017, at 10:00 a.m., subject to further confirmation from the parties during the November 20 status conference.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge